# Court of Appeals, State of Michigan

## ORDER

People of MI v Charles Duane Finch

Docket No.    346412

LC No.    76-009004-FH

Brock A. Swartzle
Presiding Judge

Jane E. Markey

James Robert Redford
Judges

The Court GRANTS the motion for reconsideration and VACATES this Court's opinion issued January 21, 2020. A new opinion is attached to this order.

_Brock A. Swartzle_
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 1 7 2020
Date

_Jerome W. Zimmer Jr._
Chief Clerk